made by defendant to a corporation and by it delivered to plaintiff as security for a loan. Each note bore upon its face an indorsement as follows: " This note is given in accordance with the terms of a conditional sales agreement between the payee and the maker hereof." On the back of each note in addition to other matter was indorsed: " The within notes is subject to the terms of a conditional sales agreement executed by the maker thereof upon this date."

*Edward H. Blanc, George S. Mittendorf* and *Ramsey Clayton* for appellant.

*Raymond Gitlin* and *William Walzer* for respondent.

Judgment affirmed, with costs, upon the ground that the provision in the note to the effect that it is subject to the terms of another agreement not attached thereto makes the promise of payment one that is not absolute on its face and thus destroys negotiability.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EDWARD GROSSMAN, Respondent, *v.* THE LONDON GUARANTEE AND ACCIDENT CO., LTD., Appellant.

*Insurance (accident) — cancellation — action to recover upon certificate of accident insurance issued by club under general policy insuring its members — defense that certificate had been canceled.*

*Grossman* v. *London G. & A. Co., Ltd.*, 219 App. Div. 815, affirmed. (Argued December 12, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1927, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff, entered upon a verdict directed by the court. The action was to recover upon a certificate of accident insurance which recited that defendant had issued a policy of accident insurance to the " Travel

Club of America " and that plaintiff, a member of said club, was insured thereunder for one year from November 1, 1922, against bodily injuries. Plaintiff was injured May 25, 1923. The defense was that defendant had on February 17, 1923, notified the " Travel Club " that plaintiff's certificate with others had been canceled for non-payment of the premiums.

*George F. Hickey, Henry L. Ughetta* and *William Butler* for appellant.

*Harris Jay Griston* and *Charles Braunhut* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ELFRIDA MELLISH, Appellant, *v.* ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Respondent.

*Assault — railroads — passenger — action for alleged assault in removing passenger from train for failure to pay fare of child who accompanied her.*

*Mellish* v. *Atchison, Topeka & Santa Fe Ry. Co.*, 215 App. Div. 767, affirmed.

(Argued December 13, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1925, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for an alleged assault perpetrated by defendant's employees while ejecting plaintiff from one of defendant's trains. The defense was that plaintiff was lawfully ejected for failure to pay the fare of a child over five years of age who accompanied her.

*Michael Potter* and *Edward Potter* for appellant.

*Homer W. Davis* and *A. S. H. Bristow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: CRANE and O'BRIEN, JJ.